**FILED**
January 13, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                       )<br>                Plaintiff,                   )<br>v.                                                   )<br>                                                       )<br>VALERI MYSIN,                              )<br>                Defendant.               )<br>                                                       ) | Case No. 2:11-cr-00427-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release VALERI MYSIN, Case No. 2:11-cr-00427-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_     Release on Personal Recognizance

_X_     Bail Posted in the Sum of: $150,000.00.

    _X_     Co-Signed Unsecured Appearance Bond

    \_\_\_\_     Secured Appearance Bond

    _X_     (Other) Conditions as stated on the record.

    _X_     (Other) Unsecured bond paperwork to be filed by 01/20/2012.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 1/13/2012 at 4:32 pm

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge