UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-11-427 LKK

    Plaintiff,

  v.                           O R D E R

VALERI MYSIN, et al.,

    Defendants.

    The court is in receipt of a Notice of Related Cases, filed by defendants. ECF No. 97. Defendants assert that the above-captioned case is related to U.S. v. Yevgeniy Charikov, No. 12-CR-003-JAM. It is unclear to the court whether the cases are related within the meaning of Local Rule 123, and the court finds that it would benefit from briefing from the United States on this issue.

    Accordingly, the court ORDERS the United States to submit a response to defendants' Notice of Related Cases within fourteen (14) days of the issuance of this order.

////

1

1    IT IS SO ORDERED.

2    DATED: February 17, 2012.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```