1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,
                                        NO. CR. S-11-427 LKK
12          Plaintiff,

13      v.                                     O R D E R

14  VALERI MYSIN, et al.,

15          Defendants.
    _____/

16

17      The court is in receipt of a Notice of Related Cases, filed

18  by defendants. ECF No. 97. Defendants assert that the above-

19  captioned case is related to U.S. v. Yevgeniy Charikov, No. 12-CR-

20  003-JAM. It is unclear to the court whether the cases are related

21  within the meaning of Local Rule 123, and the court finds that it

22  would benefit from briefing from the United States on this issue.

23      Accordingly, the court ORDERS the United States to submit a

24  response to defendants' Notice of Related Cases within fourteen

25  (14) days of the issuance of this order.

26  ////

                                1

1    IT IS SO ORDERED.

2    DATED: February 17, 2012.

3

4

5

6    LAWRENCE K. KARLTON
     SENIOR JUDGE
7    UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2