```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANGELA SHAVLOVSKY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR. S-11-427-LKK |
| )  Plaintiff,  ) | STIPULATION AND ORDER |
| ) | |
| v.  ) | DATE: June 26, 2012 |
| ) | Time: 9:15 a.m. |
| VALERI MYSIN et al.,  ) | JUDGE: Hon. Lawrence K. Karlton |
| )  Defendants.  ) | |
| _____ ) | |

    It is hereby stipulated and agreed to between the United States of America through, STEVEN LAPHAM, Assistant U.S. Attorney, defendant, ANGELA SHAVLOVSKY by and through her counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, JOHN DUREE JR., attorney for VALERI MYSIN, DINA SANTOS, attorney for MICHAEL KENNEDY, JOSEPH WISEMAN, attorney for ALEXANDER KOKHANETS, JULIA YOUNG, attorney for BORIS MURZAK, and attorney for ZINAIDA MURZAK, and JOHN BALAZS, attorney for VITALIY TUZMAN, that the status conference set for Tuesday, May 15, 2012, be continued to Tuesday, June 26, 2012, at 9:15 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine

possible defenses and to continue investigating the facts of the case.

The parties agree that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendants in a speedy trial, and they ask the Court to exclude time within which the trial of this matter must be commenced under the Speedy Trial Act from the date of this stipulation, May 14, 2012, through June 26, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, pertaining to reasonable time for defense preparation.

Dated: May 14, 2012                     Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Matthew M. Scoble
                                        MATTHEW M. SCOBLE
                                        Assistant Federal Defender
                                        Attorney for ANGELA SHAVLOVSKY


                                        /s/ Matthew M. Scoble for
                                        JOHN DUREE JR.
                                        Attorney for VALERI MYSIN


                                        /s/ Matthew M. Scoble for
                                        DINA SANTOS
                                        Attorney for MICHAEL KENNEDY


                                        /s/ Matthew M. Scoble for
                                        JOSEPH WISEMAN
                                        Attorney for ALEXANDER KOKHANETS


                                        /s/ Matthew M. Scoble for
                                        JULIA YOUNG
                                        Attorney for BORIS MURZAK

|  |  |
|---|---|
|  | /s/ Matthew M. Scoble for<br>JULIA YOUNG<br>Attorney for ZINAIDA MURZAK |
|  | /s/ Matthew M. Scoble for<br>JOHN BALAZS<br>Attorney for VITALIY TUZMAN |
| Dated: May 14, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
|  | /s/ Matthew M. Scoble for<br>STEVEN LAPHAM<br>Assistant U.S. Attorney |

**O R D E R**

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety.  It is ordered that the status conference presently set for May 15, 2012, be continued to June 26, 2012, at 9:15 a.m.  The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, May 14, 2012, up to and including, the June 26, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18

3

1  U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense
2  counsel reasonable time to prepare).
3     IT IS SO ORDERED.
4
5  Dated: May 14, 2012
6                                    LAWRENCE K. KARLTON
                                     SENIOR JUDGE
7                                    UNITED STATES DISTRICT COURT

**4**