1  **JOHN R. DUREE, JR. INC.**
   **A Professional Corporation**
2  State Bar No. 65684
   428 J Street, Suite 352
3  Sacramento, California 95814
   Telephone: (916) 441-0562
4  Fax: (916) 447-2988
   Email: *jduree@pacbell.net*
5
   Attorney for Defendant
6  VALERI MYSIN

7

8              IN THE UNITED STATES DISTRICT COURT
9
               IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
13 THE UNITED STATES OF        )    2:11-cr-00427 LKK
   AMERICA,                    )
                               )    WAIVER OF DEFENDANT'S
14         Plaintiff,          )    PRESENCE; [~~PROPOSED~~] ORDER
                               )
15 v.                          )
                               )
16 VALERI MYSIN,               )
                               )
17         Defendant.          )
                               )
18 ─────────────────────────

19

20     The defendant, VALERI MYSIN, hereby waives his right to be present in open

21 court upon the hearing of any motion or other proceeding in this cause, including, but not

22 limited to, when the case is ordered set for trial, when a continuance is ordered, and when

23 any other action is taken by the court before or after trial, except upon arraignment, plea,

24 impanelment of jury and imposition of sentence.  Defendant hereby requests the court to

25 proceed during every absence of his which the court may permit pursuant to this waiver,

26 and he agrees that his interests will be deemed represented at all times by the presence of

27 his attorney, the same as if the defendant were personally present; and the defendant

28 further agrees to be present in court ready for trial any day and

1  hour the court may fix in his absence

2      Defendant further acknowledges that he has been informed of his rights under
3  Title 18 U.S.C. §§ 3161 - 3174 (Speedy Trial Act), and has authorized his attorney to set
4  time and delays under the provisions of that Act without his being present in court on
5  such occasions.

6      The original of this appearance waiver, bearing Mr. Mysin's signature, is in
7  counsel's office.

9  DATE: May 9, 2012

                                       VALERI MYSIN
                                       Defendant

12  Approved by:

14  /s/ John R. Duree, Jr.
    JOHN R. DUREE, JR.
15  Attorney for Defendant

17  IT IS SO ORDERED.

18  Dated: May 23, 2012
                                       LAWRENCE K. KARLTON
                                       UNITED STATES DISTRICT JUDGE