```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANGELA SHAVLOVSKY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S. 11-427-LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | DATE: November 6, 2012 |
| ) | Time:  9:15 a.m. |
| VALERI MYSIN et al., ) | JUDGE: Hon. Lawrence K. Karlton |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through, STEVEN LAPHAM, Assistant U.S. Attorney, defendant, ANGELA SHAVLOVSKY by and through her counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, JOHN DUREE JR., attorney for VALERI MYSIN, DINA SANTOS, attorney for MICHAEL KENNEDY, JOSEPH WISEMAN, attorney for ALEXANDER KOKHANETS, JULIA YOUNG, attorney for BORIS MURZAK, and attorney for ZINAIDA MURZAK, and JOHN BALAZS, attorney for VITALIY TUZMAN, that the status conference set for Tuesday, August 28, 2012, be continued to Tuesday, November 6, 2012, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine

possible defenses and to continue investigating the facts of the case.

The parties agree that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendants in a speedy trial, and they ask the Court to exclude time within which the trial of this matter must be commenced under the Speedy Trial Act from the date of this stipulation, August 27, 2012, through November 6, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, pertaining to reasonable time for defense preparation.

Dated: August 27, 2012          Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Matthew M. Scoble
                                MATTHEW M. SCOBLE
                                Assistant Federal Defender
                                Attorney for ANGELA SHAVLOVSKY


                                /s/ Matthew M. Scoble for
                                JOHN DUREE JR.
                                Attorney for VALERI MYSIN


                                /s/ Matthew M. Scoble for
                                DINA SANTOS
                                Attorney for MICHAEL KENNEDY


                                /s/ Matthew M. Scoble for
                                JOSEPH WISEMAN
                                Attorney for ALEXANDER KOKHANETS


                                /s/ Matthew M. Scoble for
                                JULIA YOUNG
                                Attorney for BORIS MURZAK

<pre>
                              /s/ Matthew M. Scoble for
                              JULIA YOUNG
                              Attorney for ZINAIDA MURZAK


                              /s/ Matthew M. Scoble for
                              JOHN BALAZS
                              Attorney for VITALIY TUZMAN


Dated: August 27, 2012        BENJAMIN B. WAGNER
                              United States Attorney


                              /s/ Matthew M. Scoble for
                              STEVEN LAPHAM
                              Assistant U.S. Attorney
</pre>

**O R D E R**

    The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety.  It is ordered that the status conference presently set for August 28, 2012, be continued to November 6, 2012, at 9:15 a.m.  The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

    It is ordered that time from the date of the parties' stipulation, August 27, 2012, up to and including, the November 6, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act

1  pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4
2  (allow defense counsel reasonable time to prepare).
3      IT IS SO ORDERED.
4
5  Dated: August 28, 2012
6                                LAWRENCE K. KARLTON
7                                SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

**4**