**JOHN R. DUREE, JR. INC.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Fax: (916) 447-2988
Email: *jduree@pacbell.net*

Attorney for Defendant
VALERI MYSIN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) VALERI MYSIN, ) ) Defendant. ) ) | **2:11-cr-00427 LKK** **2:12-cr-00051 MCE** **STIPULATION AND ORDER TO TERMINATE PRETRIAL RELEASE SUPERVISION** |

    Defendant Valeri Mysin returned to the United States from Estonia to face charges in these matters: He has been on unsecured bail in case no. 2:12-cr-00051 MCE since February 24, 2012 and in case no. 2:11-cr-00427 LKK since January 13, 2012. No violations of his pretrial release conditions have been filed.

    Mr. Mysin has been looking for full time employment since his release, in order to support his wife and his 4 ½ month old child. He has received an offer from AMKO Builders in Hawaii for employment as a sales representative, which requires temporary residence in Hawaii. He has been unable to locate comparable employment in this District.

    At this time the parties request that Mr. Mysin be released from supervision to enable Mr.

1  Mysin to take advantage of this employment opportunity.  Such release applies to pre-trial
2  supervision only; the parties are not requesting that the unsecured bond be terminated.
3     The parties feel that this action is appropriate at this time since Mr. Mysin has been fully
4  compliant with all conditions of his release and such action is necessary for him to secure
5  employment. The Court is advised that attorney for the United States in this action, Assistant
6  United States Attorney Steve Lapham, has been provided information concerning employment
7  matters and does not object to this action.  The Court is further advised that undersigned counsel
8  has spoken with Mr. Mysin's pre-trial services officer, Taifa Gaskins.  She advises that Mr.
9  Mysin has done well on pre-trial supervision, with no violations.  She also advises that she takes
10 no position on termination of supervision, but defers to the Court.
11    Accordingly, the parties request that the Court adopt the proposed stipulation.

Dated: September 6, 2012             /s/ John R. Duree, Jr.
                                     JOHN R. DUREE, JR.
                                     Attorney for Valeri Mysin

Dated: September 6, 2012             /s/ Steven Lapham
                                     STEVE LAPHAM
                                     Assistant United States Attorney

### ORDER

Good cause appearing and for the reasons stated in the stipulation of the parties, Mr. Mysin is hereby released from his pretrial supervision pursuant to 18 U.S.C. § 3145(a).  Such order does not apply to the unsecured bond, which will remain in effect pursuant to its original terms.

Dated:  September 10, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE