```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANGELA SHAVLOVSKY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 11-427-LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | DATE: January 23, 2013 |
| | ) | Time: 9:15 a.m. |
| VALERI MYSIN et al., | ) | JUDGE: Hon. Lawrence K. Karlton |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through, STEVEN LAPHAM, Assistant U.S. Attorney, defendant, ANGELA SHAVLOVSKY by and through her counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, JOHN DUREE JR., attorney for VALERI MYSIN, DINA SANTOS, attorney for MICHAEL KENNEDY, JOSEPH WISEMAN, attorney for ALEXANDER KOKHANETS, JULIA YOUNG, attorney for BORIS MURZAK, and attorney for ZINAIDA MURZAK, and JOHN BALAZS, attorney for VITALIY TUZMAN, that the status conference set for Tuesday, November 6, 2012, be continued to Tuesday, January 23, 2013, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine

1  possible defenses and to continue investigating the facts of the case.
2       The parties agree that the requested continuance is necessary to
3  provide defense counsel reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence.  The
5  parties agree that the ends of justice to be served by a continuance
6  outweigh the best interests of the public and the defendants in a
7  speedy trial, and they ask the Court to exclude time within which the
8  trial of this matter must be commenced under the Speedy Trial Act from
9  the date of this stipulation, November 2, 2012, through January 23,
10 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code
11 T4, pertaining to reasonable time for defense preparation.

13 Dated: November 2, 2012            Respectfully submitted,

14                                    DANIEL J. BRODERICK
                                      Federal Defender

16                                    /s/ Matthew M. Scoble
                                      MATTHEW M. SCOBLE
17                                    Assistant Federal Defender
                                      Attorney for ANGELA SHAVLOVSKY

19                                    /s/ Matthew M. Scoble for
                                      JOHN DUREE JR.
20                                    Attorney for VALERI MYSIN

                                      /s/ Matthew M. Scoble for
22                                    DINA SANTOS
                                      Attorney for MICHAEL KENNEDY

                                      /s/ Matthew M. Scoble for
24                                    JOSEPH WISEMAN
                                      Attorney for ALEXANDER KOKHANETS
25

26                                    /s/ Matthew M. Scoble for
                                      JULIA YOUNG
27                                    Attorney for BORIS MURZAK

```
                                /s/ Matthew M. Scoble for
                                JULIA YOUNG
                                Attorney for ZINAIDA MURZAK


                                /s/ Matthew M. Scoble for
                                JOHN BALAZS
                                Attorney for VITALIY TUZMAN


Dated: November 2, 2012         BENJAMIN B. WAGNER
                                United States Attorney


                                /s/ Matthew M. Scoble for
                                STEVEN LAPHAM
                                Assistant U.S. Attorney
```

**O R D E R**

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety.  It is ordered that the status conference presently set for November 6, 2012, be continued to January 23, 2013, at 9:15 a.m.  The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, November 2, 2012, up to and including, the January 23, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act

1  pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4
2  (allow defense counsel reasonable time to prepare).
3      IT IS SO ORDERED.
4
5  Dated: November 5, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**4**