```
                   UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

               Plaintiff,

         v.                           CR. NO. S-11-427 LKK

VALERI MYSIN, et al.,

               Defendants.
                                    /
UNITED STATES OF AMERICA,

               Plaintiff,

         v.                           CR. NO. S-12-003 JAM

YEVGENIY CHARIKOV, et al.,
                                      RELATED CASE ORDER
               Defendants.
                                    /
```

Examination of the above-entitled actions reveals that the two (2) actions are related within the meaning of Local Rule 123(a), E.D. Cal. (2011). For the reasons set forth in defendant Tuzman's Notice of Related Cases, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

////

1    The parties should be aware that relating the cases under
2 Local Rule 123 merely has the result that the actions are assigned
3 to the same judge; no consolidation of the actions is effected.
4 Under the regular practice of this court, related cases are
5 generally assigned to the judge to whom the first filed action was
6 assigned.
7    IT IS THEREFORE ORDERED that the action denominated CR. NO.
8 S-12-003 JAM be, and the same hereby is, reassigned to Judge
9 Lawrence K. Karlton for all further proceedings.  Henceforth the
10 caption on all documents filed in the reassigned case shall be
11 shown as CR. NO. S-12-003 LKK.
12    IT IS FURTHER ORDERED that the Clerk of the Court make
13 appropriate adjustment in the assignment of criminal cases to
14 compensate for this reassignment.
15    A status conference for both cases is set for January 23, 2013
16 at 9:15 a.m.
17    IT IS SO ORDERED.
18    DATED: November 7, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT