JOSEPH SCHLESINGER  Bar# 87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANGELA SHAVLOVSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 11-427-LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | DATE:  June 25, 2013 |
| | ) | Time:  9:15 a.m. |
| VALERI MYSIN et al., | ) | JUDGE: Hon. Lawrence K. Karlton |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through, LEE BICKLEY, Assistant U.S. Attorney, defendant, ANGELA SHAVLOVSKY by and through her counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, JOHN DUREE JR., attorney for VALERI MYSIN, DINA SANTOS, attorney for MICHAEL KENNEDY, JULIA YOUNG, attorney for BORIS MURZAK, and attorney for ZINAIDA MURZAK, and JOHN BALAZS, attorney for VITALIY TUZMAN, that the status conference set for Thursday, March 26, 2012, be continued to Tuesday, June 25, 2013, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine

1  possible defenses and to continue investigating the facts of the case.

2      The parties agree that the requested continuance is necessary to

3  provide defense counsel reasonable time necessary for effective

4  preparation, taking into account the exercise of due diligence.  The

5  parties agree that the ends of justice to be served by a continuance

6  outweigh the best interests of the public and the defendants in a

7  speedy trial, and they ask the Court to exclude time within which the

8  trial of this matter must be commenced under the Speedy Trial Act from

9  the date of this stipulation, March 20, 2013, through June 25, 2013,

10 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4,

11 pertaining to reasonable time for defense preparation.

13 Dated: March 20, 2013          Respectfully submitted,

14                                JOSEPH SCHLESINGER
                                  Acting Federal Defender

16                                /s/ Matthew M. Scoble
                                  MATTHEW M. SCOBLE
17                                Assistant Federal Defender
                                  Attorney for ANGELA SHAVLOVSKY

19                                /s/ Matthew M. Scoble for
                                  JOHN DUREE JR.
20                                Attorney for VALERI MYSIN

22                                /s/ Matthew M. Scoble for
                                  DINA SANTOS
                                  Attorney for MICHAEL KENNEDY

24                                /s/ Matthew M. Scoble for
25                                JULIA YOUNG
                                  Attorney for BORIS MURZAK

27                                /s/ Matthew M. Scoble for
                                  JULIA YOUNG
28                                Attorney for ZINAIDA MURZAK

**2**

/s/ Matthew M. Scoble for
JOHN BALAZS
Attorney for VITALIY TUZMAN

Dated: March 20, 2013          BENJAMIN B. WAGNER
                               United States Attorney

/s/ Matthew M. Scoble for
LEE BICKLEY
Assistant U.S. Attorney

O R D E R

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety.  It is ordered that the status conference presently set for March 26, 2013, be continued to June 25, 2013, at 9:15 a.m.  The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, March 15, 2013, up to and including, the June 25, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

1          IT IS SO ORDERED.

2

3    Dated: March 25, 2013

4                                    LAWRENCE K. KARLTON

5                                    SENIOR JUDGE

6                                    UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**4**