HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ANGELA SHAVLOVSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>VALERI MYSIN, et al.,<br><br>　　　　　　　Defendants. | Case No. 11-cr-427 LKK<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date:　December 17, 2013<br>Time:　9:15 a.m.<br>Judge:　Honorable Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through, LEE BICKLEY, Assistant U.S. Attorney, defendant, ANGELA SHAVLOVSKY by and through her counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, JOHN DUREE JR., attorney for VALERI MYSIN, DINA SANTOS, attorney for MICHAEL KENNEDY, JOSEPH WISEMAN, attorney for ALEXANDER KOKHANETS, JULIA YOUNG, attorney for BORIS MURZAK, and attorney for ZINAIDA MURZAK, and JOHN BALAZS, attorney for VITALIY TUZMAN, that the status conference set for Wednesday, October 16, 2013, be continued to Tuesday, December 17, 2013, at 9:15 a.m.

　　　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

　　　　The parties agree that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of

due diligence.  The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendants in a speedy trial, and they ask the Court to exclude time within which the trial of this matter must be commenced under the Speedy Trial Act from the date of this stipulation, October 11, 2013, through December 17, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, pertaining to reasonable time for defense preparation.

DATED: October 11, 2013          HEATHER E. WILLIAMS
                                 Federal Defender


                                 */s/ Matthew M. Scoble*
                                 MATTHEW M. SCOBLE
                                 Assistant Federal Defender
                                 Attorney for JAVIER DIMAS-ALCANTARA

                                 */s/ Matthew M. Scoble for*
                                 JOHN DUREE JR.
                                 Attorney for VALERI MYSIN

                                 *s/ Matthew M. Scoble for*
                                 JOSEPH WISEMAN
                                 Attorney for ALEXANDER KOKHANETS

                                 */s/ Matthew M. Scoble for*
                                 DINA SANTOS
                                 Attorney for MICHAEL KENNEDY

                                 */s/ Matthew M. Scoble for*
                                 JULIA YOUNG
                                 Attorney for BORIS MURZAK

                                 */s/ Matthew M. Scoble for*
                                 JULIA YOUNG
                                 Attorney for ZINAIDA MURZAK

                                 */s/ Matthew M. Scoble for*
                                 JOHN BALAZS
                                 Attorney for VITALIY TUZMAN

Dated: October 11, 2013                    BENJAMIN B. WAGNER
                                           United States Attorney


                                           */s/ Matthew M. Scoble for*
                                           LEE BICKLEY
                                           Assistant U.S. Attorney

## ORDER

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety. It is ordered that the status conference presently set for October 16, 2013, be continued to December 17, 2013, at 9:15 a.m. The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, October 11, 2013, up to and including, the December 17, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated: October 15, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT