| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW M. SCOBLE, #237432 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA  95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | ANGELA SHAVLOVSKY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11-cr-427 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE AND EXCLUDE |
| v. | ) | TIME |
| | ) | |
| VALERI MYSIN, et al., | ) | Date:   March 18, 2014 |
| | ) | Time:   9:15 a.m. |
| Defendants. | ) | Judge:  Honorable Lawrence K. Karlton |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through, LEE BICKLEY, Assistant U.S. Attorney, defendant, ANGELA SHAVLOVSKY by and through her counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, JOHN DUREE JR., attorney for VALERI MYSIN, DINA SANTOS, attorney for MICHAEL KENNEDY, JOSEPH WISEMAN, attorney for ALEXANDER KOKHANETS, JULIA YOUNG, attorney for BORIS MURZAK, and attorney for ZINAIDA MURZAK, and JOHN BALAZS, attorney for VITALIY TUZMAN, that the status conference set for Tuesday, December 17, 2013, be continued to Tuesday, March 18, 2014, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

The parties agree that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due

1 diligence. The parties agree that the ends of justice to be served by a continuance outweigh the
2 best interests of the public and the defendants in a speedy trial, and they ask the Court to exclude
3 time within which the trial of this matter must be commenced under the Speedy Trial Act from
4 the date of this stipulation, December 12, 2013, through March 18, 2014, pursuant to 18 U.S.C. §
5 3161(h)(7)(A) and (B)(iv) and Local Code T4, pertaining to reasonable time for defense
6 preparation.

DATED: December 12, 2013         HEATHER E. WILLIAMS
                                 Federal Defender


                                 */s/ Matthew M. Scoble*
                                 MATTHEW M. SCOBLE
                                 Assistant Federal Defender
                                 Attorney for JAVIER DIMAS-ALCANTARA

                                 */s/ Matthew M. Scoble for*
                                 JOHN DUREE JR.
                                 Attorney for VALERI MYSIN

                                 *s/ Matthew M. Scoble for*
                                 JOSEPH WISEMAN
                                 Attorney for ALEXANDER KOKHANETS

                                 */s/ Matthew M. Scoble for*
                                 DINA SANTOS
                                 Attorney for MICHAEL KENNEDY

                                 */s/ Matthew M. Scoble for*
                                 JULIA YOUNG
                                 Attorney for BORIS MURZAK

                                 */s/ Matthew M. Scoble for*
                                 JULIA YOUNG
                                 Attorney for ZINAIDA MURZAK

                                 */s/ Matthew M. Scoble for*
                                 JOHN BALAZS
                                 Attorney for VITALIY TUZMAN

Dated: December 12, 2013          BENJAMIN B. WAGNER
                                  United States Attorney


                                  */s/ Matthew M. Scoble for*
                                  LEE BICKLEY
                                  Assistant U.S. Attorney

## ORDER

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety. It is ordered that the status conference presently set for December 17, 2013, be continued to March 18, 2014, at 9:15 a.m. The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, December 12, 2013, up to and including, the March 18, 2014, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated: December 17, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT