BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00427 LKK |
|---|---|
| Plaintiff, | ORDER RE: SCHEDULING TRIAL DATE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | DATE: February 25, 2014 |
| VALERI MYSIN, et al., | TIME: 9:15 a.m. |
| Defendants. | COURT: Hon. Lawrence K. Karlton |

On February 25, 2014, the Court held a status conference in this case. Assistant United States Attorney Lee S. Bickley appeared on behalf of plaintiff, the United States of America. John Duree Jr., Dina Santos, Joseph Wiseman, Julia Young, and John Balazs appeared on behalf of their clients Valeri Mysin (waiver on file), Michael Kennedy (waiver on file), Alexander Kokhanets (waiver on file), Boris and Zinaida Murzak (both present and out of custody) and Vitaliy Tuzman (waiver on file). Dina Santos appeared for Matt Scoble, who is in trial, and his client Angela Shavlosky (waiver on file).

This Court set the trial date for August 12, 2014 at 10:30 a.m. and a trial confirmation hearing for July 22, 2014 at 9:15 a.m.

The Court also granted the defendants' request for an exclusion of time pursuant to Local Code T4 in order for further defense preparation. All the defendants requested this continuance and exclusion of time for effective defense preparation for trial. The government did not object to this request.

1  Having found that the ends of justice served by continuing the case as requested outweigh the interest of
2  the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act, the
3  Court therefore excluded time from and including February 25, 2014, to, and including, August 12,
4  2014, from computation of time within which the trial of this matter must be commenced, pursuant to
5  Local Code T4.

7  DATED: February 27, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT