BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2727

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VALERI MYSIN aka VAL MYSIN, et al.,<br><br>    Defendants, | CASE NO. 2:11-CR-00427 LKK<br><br>STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFYING INFORMATION |

    IT IS HEREBY STIPULATED AND AGREED among the parties that the documents provided as discovery in this case to defense counsel are subject to a Protective Order. Defendants are charged with engaging in a mortgage fraud scheme.

    The parties agree that discovery in this case contains "Protected Information," which is defined here as including victim, co-defendant and witness social security numbers, driver's license numbers, bank account numbers, dates of birth, addresses, telephone numbers, email addresses, financial records, tax records, and immigration records. The Protective Order signed in this case extends to all documents provided, including those concerning conduct not directly charged in the Indictment.

    By signing this Stipulation, defense counsel agrees that the Protected Information is being entrusted to counsel only for the purposes of representing his/her respective defendant in this criminal case and for no other purpose. Further, defense counsel agrees not to share any

1  documents that contain Protected Information with anyone other than his/her designated defense
2  investigators, experts, and support staff.  Defense counsel will have a duty to inform their
3  defense investigators, experts, and support staff of this Order and provide them with a copy of it.
4  Defense counsel may permit the defendants to review the Protected Information and be aware of
5  its contents, but defendants shall not be given control of the Protected Information or be provided
6  any copies of the Protected Information which has not been redacted of the Protected
7  Information.  Any person receiving Protected Information or a copy of the Protected Information
8  from counsel for the defendants shall be bound by the same obligations as counsel and further
9  may not give the Protected Information to anyone (except that the protected documents shall be
10 returned to counsel).

11 All counsel agree to store Protected Information in a secure place and to use care to ensure
12 that information is not disclosed to third parties in violation of this agreement.  At the conclusion
13 of the case, all defense counsel agree to destroy all copies of Protected Information or to return
14 the Protected Information to the United States and certify that this has been accomplished.

15 Notwithstanding the foregoing, counsel, staff and/or the investigator for the defendant may
16 make copies of the Protected Information for trial preparation and presentation.  Any copies
17 must, however, remain in the possession of counsel, investigator, staff, expert or the Court.

18 Nothing in this Stipulation and Protective Order prevents a defense counsel or his/her
19 respective defendant from maintaining unredacted copies of records concerning that respective
20 defendant's own Protected Information.

21 In the event that the defendant substitutes counsel, undersigned defense counsel agrees to
22 withhold these documents from new counsel unless and until substituted counsel agrees also to
23 be bound by this order.

24 DATE:  March 12, 2014                       BENJAMIN B. WAGNER
                                               United States Attorney
25
26                                    By:      /s/ Lee S. Bickley
                                               LEE S. BICKLEY
27                                             Assistant U.S. Attorney
28

Stipulation and Proposed Protective Order                 2

DATE:  March 12, 2014            /s/ John R. Duree, Jr.
                                 JOHN R. DUREE, JR.
                                 Attorney for Defendant Valeri Mysin

DATE:  March 12, 2014            /s/ Matthew M. Scoble
                                 MATTHEW M. SCOBLE
                                 Attorney for Defendant Angela Shavlovsky

DATE:  March 12, 2014            /s/ Dina L. Santos
                                 DINA L. SANTOS
                                 Attorney for Defendant Michael Kennedy

DATE:  March 12, 2014            /s/ Joseph J. Wiseman
                                 JOSEPH J. WISEMAN
                                 Attorney for Defendant Alexander Kokhanets

DATE:  March 12, 2014            /s/Julia Mary Young
                                 JULIA MARY YOUNG
                                 Attorney for Defendant Boris Murzak

DATE:  March 12, 2014            /s/Julia Mary Young
                                 JULIA MARY YOUNG
                                 Attorney for Defendant Zinaida Murzak

DATE:  March 12, 2014            /s/John Paul Balazs
                                 JOHN PAUL BALAZS
                                 Attorney for Defendant Vitaliy Tuzman

**IT IS SO ORDERED**:

Dated:  March 12, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Valeri.mysin.0427.stipo.proto