```
 1  JOHN R. DUREE, JR. INC.
    A Professional Corporation
 2  State Bar No. 65684
    428 J Street, Suite 352
 3  Sacramento, California 95814
    Telephone: (916) 441-0562
 4  Fax: (916) 447-2988
    Email: jrduree@gmail.com
 5

 6  Attorney for Defendant
    VALERI MYSIN
 7

 8                       UNITED STATES DISTRICT COURT

 9                      EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,          )    2:11-cr-00427 TLN
11                                     )
                    Plaintiff          )
12                                     )
                                       )    STIPULATION AND [PROPOSED]
13            vs.                      )    ORDER TO RELEASE PASSPORT
                                       )    TO DEFENDANT
14                                     )
    VALERI MYSIN, et al.               )
15                                     )
                    Defendant.         )
16  _____    )

17

18  Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through his counsel of record, hereby agree and stipulate

20  that defendant's passport, which was given to the Court on January 17, 2012,

21  as a condition of bail, be released to defendant, Valeri Mysin.

22

23

24  IT IS SO STIPULATED.

25  Dated: February 10, 2015              /s/ Michele Beckwith
                                          MICHELE BECKWITH
26                                        Assistant U.S. Attorney

27  Dated: February 10, 2015              /s/ John R. Duree, Jr.
                                          JOHN R. DUREE, JR.
28                                        Attorney for Valeri Mysin
```

1

1
2                                                    **ORDER**
3  IT IS SO FOUND AND ORDERED
4  Dated:   February 20, 2015
5                                         _____
6                                         CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28