1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | JARED C. DOLAN
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0427 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE JUDGMENT AND SENTENCING |
| v. | |
| VALERI MYSIN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on December 15, 2016.

2. By this stipulation, the parties now move to continue the judgment and sentencing until February 16, 2017, at 9:30 a.m.

///
///
///
///
///

1

3. The reason for the continuance is that the parties anticipate further cooperation by defendant Valeri Mysin, including his testimony at various trials that have not yet commenced.

IT IS SO STIPULATED.

Dated: October 27, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JARED C. DOLAN
JARED C. DOLAN
Assistant United States Attorney

Dated: October 27, 2016

/s/ JOHN R. DUREE, JR.
JOHN R. DUREE, JR.
Counsel for Defendant
VALERI MYSIN

**ORDER**

The judgment and sentencing for defendant Valeri Mysin is hereby continued to February 16, 2017.  SO ORDERED.

DATED: October 28, 2016

Troy L. Nunley
United States District Judge

2