**JOHN R. DUREE, JR. INC**
**A Professional Corporation**
JOHN R. DUREE, JR.
State Bar No. 65684
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
VALERI MYSIN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, )<br>  )<br>              Plaintiff, )<br>  )<br>**v.** )<br>  )<br>  )<br>**VALERI MYSIN,** )<br>  )<br>              Defendant. )<br>_____ ) | 2:11-CR-00427 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jarod C. Dolan and defendant, Valeri Mysin, by and through his counsel, John R. Duree, Jr., agree and stipulate to vacate the date set for judgment and sentencing, February 16, 2017 at 9:30 a.m., in the above-captioned matter, and to continue the judgment and sentencing to April 27, 2017 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.  Probation officer, Carol Chavez also agrees to this change.

The reason for the continuance is that the parties anticipate further cooperation by defendant Valeri Mysin.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

1

IT IS SO STIPULATED

Dated: February 13, 2017                    PHILLIP A. TALBERT
                                            Acting United States Attorney

                                      By:   /s/ Jared C. Dolan
                                            JARED C. DOLAN
                                            Assistant United States Attorney

Dated: February 13, 2017                     /s/ John R. Duree, Jr.
                                            JOHN R. DUREE, JR.
                                            Attorney for Defendant
                                            VALERI MYSIN

## ORDER

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of February 16, 2017 at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on April 27, 2017 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  February 14, 2017

                                            Troy L. Nunley
                                            United States District Judge

2