**JOHN R. DUREE, JR. INC**
**A Professional Corporation**
JOHN R. DUREE, JR.
State Bar No. 65684
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
VALERI MYSIN

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) <br> ) <br> Plaintiff, ) <br> ) <br> **v.** ) <br> ) <br> ) <br> **VALERI MYSIN,** ) <br> ) <br> Defendant. ) <br>  ) | 2:11-CR-00427 TLN <br><br> **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jarod C. Dolan and defendant, Valeri Mysin, by and through his counsel, John R. Duree, Jr., agree and stipulate to vacate the date set for judgment and sentencing, April 27, 2017 at 9:30 a.m., in the above-captioned matter, and to continue the judgment and sentencing to July 27, 2017 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley. Probation officer, Carol Chavez also agrees to this change.

The reason for the continuance is that the parties anticipate further cooperation by defendant Valeri Mysin.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

1

IT IS SO STIPULATED.

Dated: April 25, 2017                                          PHILLIP A. TALBERT
                                                               United States Attorney

                                              By:     /s/ Michele Beckwith
                                                      MICHELE BECKWITH
                                                      Assistant United States Attorney

Dated: April 25, 2017                                  /s/ John R. Duree, Jr.
                                                       JOHN R. DUREE, JR.
                                                       Attorney for Defendant
                                                       VALERI MYSIN

## ORDER

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of April 27, 2017 at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on July 27, 2017 at 9:30 a.m.

IT IS SO ORDERED.

Dated: April 26, 2017

Troy L. Nunley
United States District Judge