**JOHN R. DUREE, JR. INC**
**A Professional Corporation**
JOHN R. DUREE, JR.
State Bar No. 65684
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
VALERI MYSIN

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:11-CR-00427 TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE JUDGMENT** |
| v. | ) | **AND SENTENCING** |
| | ) | |
| **VALERI MYSIN,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jared C. Dolan and defendant, Valeri Mysin, by and through his counsel, John R. Duree, Jr., agree and stipulate to vacate the date set for judgment and sentencing, November 30, 2017 at 9:30 a.m., in the above-captioned matter, and to continue the judgment and sentencing to **February 15, 2018 at 9: 30 a.m.** in the courtroom of the Honorable Troy L. Nunley. Probation officer Shannon Morehouse also agrees to this change.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

1

| | |
|---|---|
| Written objections to the PSR | January 18, 2018 |
| Final draft of the PSR | January 25, 2018 |
| Motion for correction of PSR | February 1, 2018 |
| Government's reply | February 7, 2018 |

The reason for the continuance is that the parties anticipate further cooperation by defendant Valeri Mysin in on-going cases.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: November 1, 2017         PHILLIP A. TALBERT
                                United States Attorney

                         By:    /s/ Jared C. Dolan
                                JARED C. DOLAN
                                Assistant United States Attorney

Dated: November 1, 2017          /s/ John R. Duree, Jr.
                                JOHN R. DUREE, JR.
                                Attorney for Defendant
                                VALERI MYSIN

## ORDER

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of November 30, 2017 at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on **February 15, 2018 at 9:30 a.m**.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Written objections to the PSR | January 18, 2018 |
| Final draft of the PSR | January 25, 2018 |
| Motion for correction of PSR | February 1, 2018 |
| Government's reply | February 7, 2018 |

IT IS SO ORDERED.

Dated: November 1, 2017

Troy L. Nunley
United States District Judge