**JOHN R. DUREE, JR. INC**
**A Professional Corporation**
JOHN R. DUREE, JR.
State Bar No. 65684
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
VALERI MYSIN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:11-CR-00427 TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE JUDGMENT** |
| **v.** | ) | **AND SENTENCING** |
| | ) | |
| **VALERI MYSIN,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michele Beckwith and defendant, Valeri Mysin, by and through his counsel, John R. Duree, Jr., agree and stipulate to vacate the date set for judgment and sentencing, December 13, 2018 at 10:00 a.m., in the above-captioned matter, and to continue the judgment and sentencing to January 24, 2019 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.  Probation officer Shannon Morehouse also agrees to this change.

The final draft of the PSR has been filed.  The parties also request that the due date for the sentencing memoranda, if any, be set for January 17, 2019.

The reason for the continuance is that the parties anticipate that the government will file a

1

motion to consolidate this matter with sentencing in 2:12-CR-00051 MCE or file a notice of related cases.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: November 15, 2018                         PHILLIP A. TALBERT
                                                 United States Attorney

                                         By:     /s/ Michele Beckwith
                                                 MICHELE BECKWITH
                                                 Assistant United States Attorney

Dated: November 15, 2018                          /s/ John R. Duree, Jr.
                                                 JOHN R. DUREE, JR.
                                                 Attorney for Defendant
                                                 VALERI MYSIN

## ORDER

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of December 13, 2018 at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on January 24, 2019 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  November 15, 2018

                                                 _____
                                                 Troy L. Nunley
                                                 United States District Judge